**No. 50957.**—Protests 115830–K/248, etc., of American Express Co. et al. (Chicago, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50958.**—Protests 995501–G, etc., of Sutton & Maleh et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.